IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Fralish, | ) | No. CV-22-01039-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Early Warning Services LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Plaintiffs' Notice (Doc. 19),

**IT IS ORDERED** that this matter is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

Dated this 4th day of November, 2022.

Honorable Steven P. Logan
United States District Judge